UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER LEON SMITH,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JANE OSTRUM, R.N.,<br><br>　　　　　　　　Defendant. | Case No. C15-0852-RSM<br><br>ORDER DISMISSING ACTION |

　　　The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the remaining record, and no objections having been filed, does hereby find and ORDER:

　　　(1)　The Court adopts the Report and Recommendation;

　　　(2)　Plaintiff's amended complaint (Dkt. 10) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

　　　(3)　The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

　　　DATED this 14th day of August 2015.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 1